UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No.  4:12CR128 CEJ NAB |
|  | ) |  |
| BRUCE HUMPHREY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion for Additional Time to File Pretrial Motions [Doc. #45] filed on May 29, 2012.  In support of the Motion Defendant stated that:

1. Counsel was appointed to the case on May 23, 2012.
2. Counsel needs additional time to review the evidence with Defendant in order to determine if pretrial motions need to be filed.
3. Counsel will be out of town from June 14, 2012 until June 24, 2012, Counsel requests that the case be set after counsel returns from out of town.

Defendant requested that the pretrial motion deadline be continued until after June 24, 2012.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in

a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion for Additional Time to File Pretrial Motions [Doc. #45] is **GRANTED.** Defendant shall have to and including **June 28, 2012** to file any pretrial motions or waiver of motions. The government shall have until **July 5, 2012** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **June 7, 2012** shall be continued until **July 17, 2012 at 10:00 a.m**.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of May, 2012.